R# 283635

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                         CASE NO.   09-23219-BKC-
SERVANDO ALVAREZ
NADY ALVAREZ

CHAPTER 13

DEC 17 2009

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $  1,310.58  remaining in her bank
     account which represents unpresented checks drawn and mailed to
     debtor(s)/ creditor(s) in the above named case. Your trustee
     has made a good faith effort to verify the correct mailing
     address  for said debtor(s)/Creditor(s) and deliver the funds
     before presenting this notice. More than sufficient time has
     passed for these checks to be presented for payment, or the
     creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $       .00       remaining in her bank
     account which represents small dividends as defined by FRBP
     3010.

     Attached and made a part of this notice is a list, pursuant
to FRBP 3011, of the names, Claim numbers and addresses
of the debtor(s)/creditor(s) and the amounts to which they are
entitled.

     WHEREFORE, your trustee hereby gives notice that the above
stated sum has been deposited with the Clerk of the U. S.
Bankruptcy Court, Southern District of Florida, to effect closing
of this estate.

Date: **DEC 15 2009**
_____          _____
                                   NANCY N. HERKERT
                                   CHAPTER 13 TRUSTEE

Copies to:

SERVANDO ALVAREZ
NADY ALVAREZ
2601 SW 117 CT
MIAMI, FL 33175

DESIREE CALAS-JOHNSON, ESQ.
782 NW 42 AVENUE
SUITE 447
MIAMI, FL 33126

WELLS FARGO BANK NA
ONE HOME CAMPUS/BK PYMT PROC
MAC #X2302-04C
DES MOINES, IA 50328

WELLS FARGO BANK NA
ONE HOME CAMPUS/BK PYMT PROC
MAC #X2302-04C
DES MOINES, IA 50328

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA


IN RE:                                    CASE NO.   09-23219-BKC-
SERVANDO ALVAREZ
NADY ALVAREZ


                                          CHAPTER 13


    SERVANDO ALVAREZ
    NADY ALVAREZ
    2601 SW 117 CT
    MIAMI, FL 33175


    DESIREE CALAS-JOHNSON, ESQ.
    782 NW 42 AVENUE
    SUITE 447
    MIAMI, FL 33126

    WELLS FARGO BANK NA          ---------$        1,300.00
    ONE HOME CAMPUS/BK PYMT PROC
    MAC #X2302-04C               RETURNED FROM CREDITOR
    DES MOINES, IA 50328         BECAUSE CASE DISMISSED
                                 CLAIM REGISTER #_____2

    WELLS FARGO BANK NA          ---------$        10.58
    ONE HOME CAMPUS/BK PYMT PROC
    MAC #X2302-04C               RETURNED FROM CREDITOR
    DES MOINES, IA 50328         BECAUSE CASE DISMISSED
                                 CLAIM REGISTER #_____2

    U.S. Trustee
    51 S.W. 1st Avenue
    Miami, Florida 33130